**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00586-AP

ERIN M. FINKLE

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

---

     Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a complaint. The Court notes, with a $3,987 monthly public assistance benefit, Plaintiff is at the extreme high end of individuals for whom *pauperis* status is even colorable. Given the nature of this action and Plaintiff's apparent debt load, the Court allows for the possibility that Plaintiff's request is justified. Plaintiff's counsel, who is a frequent and able representative of social security claimants and the indigent, is encouraged to exercise discretion in the filing of § 1915 requests, so that the not-unlimited funds available to the Court are used for those who most need them. The Court assumes his conscience was his guide in this request as in all others.

     The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is GRANTED.

     DATED at Denver, Colorado, this   24th   day of   March  , 2015.

                                          *s/John L. Kane*
                                          SENIOR U.S. DISTRICT JUDGE